PER CURIAM.
We affirm the dismissal of Count One on the authority of Lay v. Roux Laboratories, Inc., 379 So.2d 451 (Fla. 1st DCA 1980); Gellert v. Eastern Air Lines, Inc., 370 So.2d 802 (Fla. 3d DCA 1979); Dowling v. Blue Cross of Florida, Inc., 338 So.2d 88 (Fla. 1st *824 DCA 1976); compare Ford Motor Credit Company v. Sheehan, 373 So.2d 956 (Fla. 1st DCA 1979), and Count Two on the authority of McNayr v. Kelly, 184 So.2d 428 (Fla.1966); Danford v. City of Rockledge, 387 So.2d 967 (Fla. 5th DCA 1980); Kribs v. City of Boynton Beach, 372 So.2d 195 (Fla. 4th DCA 1979); Johnsen v. Carhart, 353 So.2d 874 (Fla. 3d DCA 1977).
Affirmed.